# Third District Court of Appeal

## State of Florida

Opinion filed April 7, 2021.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D21-0065
Lower Tribunal Nos. 18-12584SP & 19-290AP

————————

**Miami Open MRI, LLC,**
Appellant,

vs.

**Progressive American Insurance Company,**
Appellee.

An Appeal from the County Court for Miami-Dade County, Christina Marie DiRaimondo, Judge.

Khullar P.A., and Divya Khullar (Tamarac), for appellant.

Banker Lopez Gassler, P.A., and DeeAnn J. McLemore and Charles W. Hall (St. Petersburg), for appellee.

Before FERNANDEZ, SCALES and LINDSEY, JJ.

PER CURIAM.

Affirmed.